**VERIFICATION**
*(EDWARD J. COLTEAUX and KARLA COLTEAUX, et al. v.*
*JAMES HOLMES, Agent of U.S. Border Patrol; UNITED STATES OF AMERICA, et al.)*

I, EDWARD J. COLTEAUX, am one of the named Plaintiffs in the above-entitled matter. I have read the foregoing COMPLAINT FOR WRONGFUL DEATH; NEGLIGENCE; BATTERY; DEPRIVATION OF CIVIL RIGHTS (BIVENS CLAIM) and know the contents thereof. The same is true of my own knowledge, except as to the matters stated upon information and/or belief, and as to those matters, I believe it to be true.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Verification was executed on July 30, 2024, at San Rafael, California.

/s/ Edward J. Colteaux
_____
Edward J. Colteaux